UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         CASE NO. 1:23-mj-00021-ZMF

v.

AUSTIN BRENDLEN HARRIS

        Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

*Austin Harris*
_____
Defendant
Date: 5-14-23

Scott Weinberg
_____
Printed Name of Attorney

_____
Counsel for Defendant
Date: 5-15-23

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2023, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

        Respectfully submitted,

        Suarez, Rios & Weinberg, P.A.

        Attorney for Defendant

        265 E Marion Ave., Ste 114

        Punta Gorda, FL 33950

        Telephone: (941) 575-8000

        Facsimile: (941) 575-8888

        E-mail: Scott@bsrlegal.com

        By */s/ Scott Weinberg*

        Scott Weinberg